# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SEBASTIAN NORIEGA HERRERA, | |
| Plaintiff, | Case No. 2:16-cv-01933-KJD-CWH |
| vs. | **REPORT & RECOMMENDATION** |
| SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

On October 17, 2016, the court entered an order granting Plaintiff Sebastian Noriega Herrera's application to proceed *in forma pauperis* and dismissing his complaint, with leave to amend.  (Order (ECF No. 3).)  Plaintiff's deadline to file an amended complaint was thirty days after entry of the court's order, which fell on November 16, 2016.  (*Id.* at 4.)  Plaintiff has not taken any action in this case since the court's order dated October 17, 2016, and therefore appears to have abandoned this case.

IT IS THEREFORE RECOMMENDED that Plaintiff Sebastian Noriega Herrera's case be dismissed without prejudice.

## NOTICE

This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1).  A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation.  Local Rule IB 3-2(a).  Failure to file a timely objection may waive the right to appeal the district court's order.  *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: January 20, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**