# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SEBASTIAN NORIEGA HERRERA,

    Plaintiff,

v.

SOCIAL SECURITY ADMINISTRATION,

    Defendant.

Case No. 2:16-cv-01933-KJD-CWH

**ORDER**

    Before the Court for consideration is the Report and Recommendation (#6) of Magistrate Judge C.W. Hoffman, Jr. recommending that Plaintiff Sebastian Noriega Herrera's case be dismissed without prejudice. No objection has been filed as of the date of this Order.

    The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2. The Court determines that the Report and Recommendation (#6) of the United States Magistrate Judge should be adopted and affirmed. Plaintiff's deadline to file an amended complaint was thirty days after entry of the Magistrate's order, which fell on November 16, 2016. Plaintiff has not taken any action in this case since that order dated October 17, 2016, and therefore appears to have abandoned this case.

Accordingly, **IT IS THEREFORE ORDERED** that the Magistrate Judge's Report and Recommendation (#6) are **ADOPTED** and **AFFIRMED**;

**IT IS FURTHER ORDERED** that Plaintiff Sebastian Noriega Herrera's case is **DISMISSED** without prejudice.

DATED this  5th  day of May 2017.

_____
Kent J. Dawson
United States District Judge